**No. 58868.**—Hulse Import Co. *v.* United States, protest 240004–K (San Francisco).

Opinion by EKWALL, J. An examination of the record failing to disclose proof sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 58869.**—Kraus Bros. & Co., Inc. *v.* United States, protest 136981–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58870.**—F. W. Myers & Company, Inc. *v.* United States, protests 153524–K, etc. (Detroit).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.